B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Middle District of Louisiana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tembec USA LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**72-1505386** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**874 Walker Road**<br>**Dover, DE**<br>ZIP Code **19904** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kent** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **21105 LA Highway 964**<br>**Saint Francisville, LA 70775** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." | ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ■<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ■<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tembec USA LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Tembec USA LLC**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Paul Douglas Stewart, Jr.**
  Signature of Attorney for Debtor(s)

  **Paul Douglas Stewart, Jr. 24661**
  Printed Name of Attorney for Debtor(s)

  **Stewart Robbins & Brown, LLC**
  Firm Name
  **247 Florida Street**
  **Post Office Box 66498**
  **Baton Rouge, LA 70896-6498**

  Address

  **Email: dstewart@stewartrobbins.com**
  **(225) 343-7288 Fax: (225) 709-9467**
  Telephone Number

  **April 25, 2011**
  Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brian McKay**
  Signature of Authorized Individual

  **Brian McKay**
  Printed Name of Authorized Individual

  **Authorized Representative**
  Title of Authorized Individual

  **April 25, 2011**
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA
## (Local Form 1)

In re    __Tembec USA LLC_____      Case No. _____

                                     Debtor(s)

## MAILING LIST

### Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

### DECLARATION

**We declare under penalty of perjury that the foregoing mailing list, comprising __33__ pages, is true and correct. Signed on __April 25, 2011__ .**

Signed:    **/s/ Brian McKay**_____
                  **Brian McKay**
                  **Authorized Representative**

Signed:    **/s/ Paul Douglas Stewart, Jr.**_____
                  **Paul Douglas Stewart, Jr.**
                  **Stewart Robbins & Brown, LLC**
                  **247 Florida Street**
                  **Post Office Box 66498**
                  **Baton Rouge, LA 70896-6498**
                  Telephone: **(225) 343-7288**
                  Facsimile: **(225) 709-9467**
                  E-Mail: **dstewart@stewartrobbins.com**
                  (ATTORNEY FOR THE DEBTOR)

United States Trustee
400 Poydras Street
Suite 2110
New Orleans LA 70130

Office of US Attorney
Middle District of Louisiana
777 Florida St Ste 208
Baton Rouge LA 70801

District Counsel
Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114-0326

Louisiana Dept of Revenue
Bankruptcy Section
Box 66658
Baton Rouge LA 70896

Internal Revenue Service
1555 Poydras Street
Suite 220; Stop 31
New Orleans LA 70112

ANDREW ERICKSON
P.O. BOX 88
ST FRANCISVILLE LA 70775

ANNE KING
P O BOX 2728
ST. FRANCISVILL LA 70775

BARBARA BAUDOUIN
5849 NEWELL STREET
ZACHARY LA 70791

BARBARA LEE
4150 LITTLE FARMS DRIVE
ZACHARY LA 70791

BARBARA PECORARO
6526 MARTIN DRIVE
ZACHARY LA 70791

BARRY FISHER
1529 BIRDIE DRIVE
ZACHARY LA 70791

Benefit Mangement Services
P. O. Box 98044
Baton Rouge LA 70898-9044

Benny Mack Cook
6604 Highway 19
Ethel LA 70730

BERT THORNTON
2382 HWY 569 S
LIBERTY MS 39645

BETTY SCHMIDT
17412 HIGHWAY 432
CLINTON LA 70722

BETTY WHEELER
PO BOX 491
GLOSTER MS 39638

BETTYE NOLAND
3952 COTTAGE ST
JACKSON LA 70748

BOBBY CUMMINGS
3257 GARNET DRIVE
BATON ROUGE LA 70805

BOBBYE TYNES
23530 HWY 19
SLAUGHTER LA 70777

BRENDA GARDNER
5840 HWY 63
CLINTON LA 70722

C DONALD LIVELY
12227 TICKFAW DRIVE
BATON ROUGE LA 70818

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron R. Waddell
6955 Perkins Road, Suite 100
Baton Rouge LA 70808

Cameron Waddell
6955 Perkins Road, Ste 100
Baton Rouge LA 70808

CARNELL ESCH
10917 OLD SETTLEMENT EXT
ZACHARY LA 70791

Charles Boudreaux
420 Pecan Avenue
New Roads LA 70760

Charles D. Aguillard
7143 Dabadie Road
Ventress LA 70783

Charles Edward Sanford
4089 David Road
Zachary LA 70791

Charles Jerry Causey
4331 Pasture Clear Court
Zachary LA 70791

CHARLES MANN
778 JUDY DAHL ROAD
WOODVILLE MS 39669

CHARLES SHIELDS
1252 WALT TANNER RD
LUCEDALE MS 39452

CHARLOTTE THORNTON
2382 HWY 569 S
LIBERTY MS 39645

Cleo Otto Langlois, Sr.
P. O. Box 359
New Roads LA 70760

Clifford Honore
8367 Gay Drive
Baton Rouge LA 70809

Cumbley Moore
9283 Southern Avenue
Baton Rouge LA 70807

Curtiss Randall Rogillio
2719 Louis Gaulben Road
Centreville MS 39631

CYNTHIA BONAVENTURE
14237 VENTRESS ROAD
VENTRESS LA 70783

CYNTHIA METZ
8582 OLD TUNICA RD.
ST. FRANCISVILL LA 70775

Dale Maxwell
P. O. Box 1831
Saint Francisville LA 70775

Daniel J. Vidrine
P. O. Box 3181
Saint Francisville LA 70775

Danny Allen Smith
P. O. Box 1096
Jackson LA 70748

Danny L. Beck
15212 Crystal Drive
Pride LA 70770

David A. Carpenter
P. O. Box 74
Jackson LA 70748

David E. Thompson
1255 Colonial Drive
Jackson LA 70748

DAVID WHITLOCK
1617 BIRDIE DRIVE
ZACHARY LA 70791

DAVID WOLTERS
16668 NORTHWOOD TRAIL
SPRING LAKE MI 49456

Dearborn National
Fort Dearborn Life Insurance
36788 Eagle Way
Chicago IL 60678-1367

DEBRA JOHNSON
11814 SOLITUDE LANE
ZACHARY LA 70791

DEBRA MANN
778 JUDY DAHL ROAD
WOODVILLE MS 39669

DORIS GAUF
4153 FLORIDA ST
ZACHARY LA 70791

DOROTHY EGGERT
2413 SAINT ANDREWS AVENUE
ZACHARY LA 70791

DUAINE JOHNSON
11814 SOLITUDE LANE
ZACHARY LA 70791

EDDIE DAVIS
17735 GLEN NOOK DRIVE
BATON ROUGE LA 70817

EDNA WALL
6806 HIGHWAY 37
GREENSBURG LA 70441

Edward E. Neiger
111 John Street, Suite 800
New York NY 10038

Edward Leroy Brooks, Sr.
7105 Richardson Loop
Jackson LA 70748

Elbert R. Jones, Jr.
P. O. Box 331
Saint Francisville LA 70775

ELIZABETH THOMPSON
1255 COLONIAL DR
JACKSON LA 70748

Elvin Stewart
13909 Brantley Drive
Baker LA 70714

Emmerson Irvin
4384 Lemonwood Court
Baton Rouge LA 70807

ERNEST PITTMAN
P. O. BOX 878
JACKSON LA 70748

Eugene I. Davis
c/o Karen M. Scheibe
2600 Eagan Woods Drive, Suite 400
Saint Paul MN 55121

EUGENE ROWLAND
1259 OLD HWY 27N
MONTICELLO MS 39654

EUNICE VEAL
7558 GREENUP LANE
ETHEL LA 70730

FLOYD LEE
4150 LITTLE FARMS DRIVE
ZACHARY LA 70791

Forest Douglas
3524 Ramey Drive
Zachary LA 70791

FOXX BYRD
17639 W LAKEWAY
BATON ROUGE LA 70810

FRANCIS POU
149 MONROE
HATTIESBURG MS 39401

FRANK METZ
8582 OLD TUNICA RD.
ST. FRANCISVILL LA 70775

Frank W. Morgan
P. O. Box 231
Slaughter LA 70777

Fredrick Malcolm Arnold
6267 Whittington Road
Liberty MS 39645

Garry M. Graber
Hodgson Russ LLP
140 Pearl Street
Buffalo NY 14202-4040

Gary J. Fabre, Sr.
404 Penn Avenue
New Roads LA 70760

Gary Martin Bajoie
898 Kenmore Avenue
Baton Rouge LA 70806

George Veal
7558 Greenup Lane
Ethel LA 70730

GEORGE VEAL
7558 GREENUP LANE
ETHEL LA 70730

GERALD EGGERT
2413 SAINT ANDREWS AVENUE
ZACHARY LA 70791

GERALD ZINCONE
4 MAYHEW DR
FAIRFIELD NJ 07004

GERALDINE WHITEHEAD
34 KELLOGG DRIVE
WOODVILLE MS 39669

GLADYS ALMAND
P O BOX 263
ZACHARY LA 70791

Gregory B. Mayeux, Sr.
400 Court Street
New Roads LA 70760

Guaranty Assurance Company
12946 Dairy Ashford, Suite 360
Sugar Land TX 77478

HAMP WILLIAMS
3420 EDGEMONT DR
BATON ROUGE LA 70814

HELEN BATTISTE
302 ROSE STREET
NEW ROADS LA 70760

Henry M. Nettles
15505 Louisiana Highway 10
Saint Francisville LA 70775

Herbert D. Whitman
320 Mark Drive
Denham Springs LA 70726

HM Life Insurance Company
P. O. Box 535061
Pittsburgh PA 15253-0061

Iron Mountain Records Management
PO Box 915004
Dallas TX 75391-5004

James Allen Douglas
P. O. Box 154
Saint Francisville LA 70775

James Bateast, Jr.
General Delivery
Weyanoke LA 70787

JAMES BAUDOUIN JR
5849 NEWELL STREET
ZACHARY LA 70791

James Carl Davis
P. O. Box 542
Saint Francisville LA 70775

James Charles Gammel
27287 Graves Drive
Slaughter LA 70777

JAMES CIFREO
307 BENJAMIN STREET
NEW ROADS LA 70760

JAMES ESCH
10917 OLD SETTLEMENT EXT
ZACHARY LA 70791

James G. Harris
270 Port Hickey Road
Zachary LA 70791

James Lionel Randall
451 Cold Spring Lane
Woodville MS 39669

JAY CAMPBELL
3110 BAVARIA HILLS TRAIL
CHASKA MN 55318

JEAN ADAMS
5463 PAR DRIVE
ZACHARY LA 70791

JEAN KINCHEN
37248 WEISS RD
DENHAM SPRINGS LA 70706

Jeff Scott Thornton
2267 C Street Road
Liberty MS 39645

JENNIFER PERRINE
983 BARLINA RD
CRYSTAL LAKE IL 60014

Jerry Davis Jackson
3636 Lewis Lane
Gloster MS 39638

Jerry Sterling
10926 Brown Drive
Saint Francisville LA 70775

JESSE BAKER
7086 LOWER ZACHARY ROAD
ZACHARY LA 70791

JESSE WILLIAMS
3582 MAIN STREET
ZACHARY LA 70791

Jimmie O. Cassels, Sr.
17165 Magnolia Bridge Road
Greenwell Springs LA 70739

Jimmy Brashier
14366 Port Hudson Pride Road
Pride LA 70770

Jimmy D. Card
P. O. Box 883
Saint Francisville LA 70775

JOANNE VENABLE
134235 JOOR ROAD
BATON ROUGE LA 70818

JOE LANGLOIS JR
P O BOX 277
NEW ROADS LA 70760

Joe Maryman
4970 Audubon Lane
Saint Francisville LA 70775

John A. Christophe
12114 St. Augustine
New Roads LA 70760

JOHN DEMARCHE
5441 PAR DRIVE
ZACHARY LA 70791

John G. Legrange
2587 Highway 569 South
Liberty MS 39645

JOHN NOLAND
3952 COTTAGE ST
JACKSON LA 70748

Joseph C. Broussard
3956 Noble Street
Zachary LA 70791

JOSEPH CUMMINGS
3257 GARNET DRIVE
BATON ROUGE LA 70805

JOSEPH POOLE SR
23254 ELBERTA LANE
ZACHARY LA 70791

JOYCE POU
149 MONROE ROAD
HATTIESBURG MS 39401

JULIANA HEPBURN
3947 GARNETTE COURT
NAPERVILLE IL 60564

KAREN  BYRD
17639 W LAKEWAY
BATON ROUGE LA 70810

KATHERYN NECAISE
PO BOX 55
ST FRANCISVILLE LA 70775

KATHRYN ANDERSON
11816 GRAHAM RD
ST FRANCISVILLE LA 70775

KATHY SMITH
126 S PLUM ST
TROY OH 45373

Kay F. Carter
P. O. Box 804
Saint Francisville LA 70775

Kenneth M. Reine
5190 Linden Street
Baton Rouge LA 70805

Kenneth O. Carter
P. O. Box 2052
Woodville MS 39669

KENNETH PERRINE
983 BARLINA RD
CRYSTAL LAKE IL 60014

KRISTIN A  CAMPBELL
3110 BAVARIA HILLS TRAIL
CHASKA MN 55318

Larry James Netter
10460 LA Highway 965
Saint Francisville LA 70775

Larry Neal Cook
1036 Hunters Run Avenue
Zachary LA 70791

Lawrence C. McAdams
P. O. Box 172
Ventress LA 70783

LAWRENCE DAWSON
P O BOX 330
ST FRANCISVILLE LA 70775

LENNIE SMITH
13172 HIGHWAY 61
ST FRANCISVILLE LA 70775

Leslie Kemp Sibley, Sr.
1315 Hermitage Drive
Jackson LA 70748

Liberty Mutual
P. O. Box 0569
Carol Stream IL 60132-0569

LINDA BEAUVAIS
5118 COTTONIES STREET
OSCAR LA 70762

LINDA F SAMPSON
1136 MEADOW GLEN AVENUE
ZACHARY LA 70791

LINDA OLINDE
339 PECAN AVENUE
NEW ROADS LA 70760

LINDA SHIELDS
1252 WALT TANNER RD
LUCEDALE MS 39452

LINDA WHITMAN
320 MARK STREET
DENHAM SPRINGS LA 70726

LINDA WILLIAMS
3420 EDGEMONT DR
BATON ROUGE LA 70814

LISA DABADIE
13778 VENTRESS RD
VENTRESS LA 70783

Lloyd Veal, Sr.
9559 Highway 10
Ethel LA 70730

LOUISE RESTER
14 N GLEN BROOK DR
GRENADA MS 38901

Louisiana Department of Revenue
P. O. Box 201
Baton Rouge LA 70821-0201

Luther Allen Walters
2224 Street Road
Liberty MS 39645

MADELINE CARMOUCHE
340 PECAN AVE
NEW ROADS LA 70760

MARGARET ERICKSON
P.O. BOX 88
ST FRANCISVILLE LA 70775

MARIANNE KORMANN
245 OKEECHOBEE COVE
DESTIN FL 32541

Marion A. Yarbrough, Jr.
P. O. Box 976
Woodville MS 39669

MARION CIFREO
307 BENJAMIN STREET
NEW ROADS LA 70760

Mark S. Walters
11046 Hoshman Road
Tunica LA 70782

MARLENE LIVELY
12227 TICKFAW DRIVE
BATON ROUGE LA 70818

MARTHA ROWLAND
1259 OLD HWY 27N
MONTICELLO MS 39654

MARY   BAKER
7086 LOWER ZACHARY ROAD`
ZACHARY LA 70791

MAURICE WALL
6806 HIGHWAY 37
GREENSBURG LA 70441

MAX KING
P O BOX 2728
ST. FRANCISVILL LA 70775

MEAGAN ZINCONE
4 MAYHEW DR
FAIRFIELD NJ 07004

```
MICHAEL BONAVENTURE
14237 VENTRESS ROAD
VENTRESS LA 70783

MILAM VENABLE
134235 JOOR ROAD
BATON ROUGE LA 70818

MINOR CHILD BALLARD
c/o Paul and Susan Ballard
13700 ALTERNA DRIVE
HASLET TX 76052

MINOR CHILD BALLARD
c/o Paul and Susan Ballard
13700 ALTERNA DRIVE
HASLET TX 76052

MINOR CHILD CAMPBELL
C/O JAY AND KRISTIN CAMPBELL
3110 BAVARIA HILLS TRAIL
CHASKA MN 55318

MINOR CHILD CAMPBELL
C/O JAY AND KRISTIN CAMPBELL
3110 BAVARIA HILLS TRAIL
CHASKA MN 55318

MINOR CHILD CUMMINGS
C/O JOSEPH AND BOBBY CUMMINGS
3257 GARNET DRIVE
BATON ROUGE LA 70805

MINOR CHILD CUMMINGS
C/O JOSEPH AND BOBBY CUMMINGS
3257 GARNET DRIVE
BATON ROUGE LA 70805

MINOR CHILD GORDON
C/O LEGAL GUARDIAN
2114 HECK YOUNG ROAD
BAKER LA 70714

MINOR CHILD HEPBURN
C/O ROBERT AND JULIANA HEPBURN
3947 GARNETTE COURT
NAPERVILLE IL 60564

MINOR CHILD HEPBURN
C/O ROBERT AND JULIANA HEPBURN
3947 GARNETTE COURT
NAPERVILLE IL 60564
```

MINOR CHILD HEPBURN
C/O ROBERT AND JULIANA HEPBURN
3947 GARNETTE COURT
NAPERVILLE IL 60564

MINOR CHILD JOHNSON
C/O DUANE AND PAMELA JOHNSON
P O BOX 692
WOODVILLE MS 39669

MINOR CHILD JOHNSON
C/O DUANE AND PAMELA JOHNSON
P O BOX 692
WOODVILLE MS 39669

MINOR CHILD SMITH
C/O TERRY AND KATHY SMITH
126 S PLUM ST
TROY OH 45373

MINOR CHILD WOLTERS
C/O DAVID AND TERRI WOLTERS
16668 NORTHWOOD TRAIL
SPRING LAKE MI 49456

MINOR CHILD WOLTERS
C/O DAVID AND TERRI WOLTERS
16668 NORTHWOOD TRAIL
SPRING LAKE MI 49456

MINOR CHILD ZINCONE
C/O GERALD AND MEAGAN ZINCONE
4 MAYHEW DR
FAIRFIELD NJ 07004

MINOR CHILD ZINCONE
C/O GERALD AND MEAGAN ZINCONE
4 MAYHEW DR
FAIRFIELD NJ 07004

Monty Gene Payne
24 Tuckahoe
Hattiesburg MS 39402

NANCY DAVID
107 ST JADE STREET
NEW ROADS LA 70760

Nathan E. Morgan
P. O.Box 1181
Jackson LA 70748

NELL SIMON
6640 FENNWOOD DRIVE
ZACHARY LA 70791

NICK ADAMS
5463 PAR DRIVE
ZACHARY LA 70791

Norbert David, Jr.
107 St. Jude Street
New Roads LA 70760

PAMELA JOHNSON
P O BOX 692
WOODVILLE MS 39669

Patrick Keith Lemoine
13524 New Wood Avenue
Baton Rouge LA 70808

PAUL BALLARD
13700 ALTERNA DRIVE
HASLET TX 76052

Paul Dennis Dabadie
13778 Ventress Road
Ventress LA 70783

PEGI ANTOLINE
5670 RUSH ROAD
SLAUGHTER LA 70777

Pension Board Guarantee
1200 K Street N.W.
Washington DC 20005-4026

Pensioners Receiving Benefits
(various see additional file)

Perry Bates, Jr.
132 W. Buchanan
Baton Rouge LA 70802

Perry Brewer
P. O. Box 1606
Saint Francisville LA 70775

PHYLLIS MCKAY
1239 ELMCREST
BATON ROUGE LA 70808

Placeholder
c/o Renee M. Melancon
3102 Oak Lawn Ave, Ste 1100
Dallas TX 75219

Poyry Forest Industry Consulting
P. O. Box 580
White Plains Road, 3rd Floor
Tarrytown NY 10591

Raymond David Harris
6236 Stoneview Avenue
Baker LA 70714

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

```
Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219
```

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

Renee M. Melancon
3102 Oak Lawn Avenue, Suite 1100
Dallas TX 75219

RICHARD MCKAY
1239 ELMCREST DR
BATON ROUGE LA 70808

RICKY LEBLANC SR
13915 OAKBERRY AVENUE
PRIDE LA 70770

Ricky Leon White
P. O. Box 1134
Saint Francisville LA 70775

Ricky Lynn Hailey
5045 Pecan Road
Liberty MS 39645

RITA DAWSON
PO BOX 330
SAINT FRANCISVILLE LA 70775

Robert Francis Langlois
216 Pecan Street
New Roads LA 70760

ROBERT HEPBURN
3947 GARNETTE COURT
NAPERVILLE IL 60564

Robert James Green
7678 Price Avenue
Baton Rouge LA 70811

Robert Lee Smith, Sr.
13226 Highway 61
Saint Francisville LA 70775

ROBERT MARTIN
2441 SOUTH GREENSBURG
LIBERTY MS 39645

Robert Sterling, Sr.
11295 Old Laurel Hill Road
Saint Francisville LA 70775

Robertson Jarreau, Jr.
12193 Graham Road
Saint Francisville LA 70775

RODNEY RESTER
14 N GLEN BROOK DR
GRENADA MS 38901

Roland Beauvais
5228 Cottonier Street
Oscar LA 70762

Ronald Brent Stevenson
21486 Samuels Road
Zachary LA 70791

RONALD HARVEY
11940 CORE LANE
BAKER LA 70714

Ronald V. Huggins, Sr.
224 Ocean Drive Unit 101
Baton Rouge LA 70806

Ronnie D. Covington, Sr.
35004 Covington Lane
Walker LA 70785

Ronnie Glynn Stevens
4495 Cherry Court
Zachary LA 70791

Roosevelt Underwood
10733 Doncrest Drive
Baton Rouge LA 70811

ROSALIE WOODRING
7686 ALBERT TILLINGHAST DR
SARASOTA FL 34240

Roy Elam
11414 Highway 421
Jackson LA 70748

Roy Gene Wilson, Sr.
5321 New Hope Road
P. O. Box 5321
Gloster MS 39638

ROY SCHMIDT
17412 HIGHWAY 432
CLINTON LA 70722

RUBY GIVENS
P O BOX 1852
ST FRANCISVILLE LA 70775

RUSSELL KENT JR
PO BOX 464
CLINTON LA 70722

SAMUEL WILEY
14009 CAYUGA DRIVE
BAKER LA 70714

SARAH DANIEL
P O BOX 395
ST. FRANCISVILLE LA 70775

SARAH WILEY
14009 CAYUGA DRIVE
BAKER LA 70714

Script Care Ltd.
6380 Folsom Drive
Beaumont TX 77706

Shannon Slocum
P. O.Box 31
Slaughter LA 70777

SHARON WHITLOCK
1617 BIRDIE DRIVE
ZACHARY LA 70791

SHIRLEY IRVIN
4384 LEMONWOOD COURT
BATON ROUGE LA 70805

SIMON LANDRY
PO BOX 157
MORGANZA LA 70759

STUART WOODRING
7686 ALBERT TILLINGHAST DR
SARASOTA FL 34240

SUSAN BALLARD
13700 ALTERNA DRIVE
HASLET TX 76052

SUSIE FLOYD
16613 HIGHWAY 24 WEST
WOODVILLE MS 39669

Tembec Industries
874 Walker Road
Dover DE 19904

Tembec Industries
874 Walker Road
Dover DE 19904

Tembec Investments USA
874 Walker Road
Dover DE 19904

Tembec Investments USA
874 Walker Road
Dover DE 19904

Tembec Investments USA
874 Walker Road
Dover DE 19904

Tembec Investments USA
874 Walker Road
Dover DE 19904

Tembec Investments USA
874 Walker Road
Dover DE 19904

Tembec Investments USA
874 Walker Road
Dover DE 19904

Temboard Sales Inc.
874 Walker Road
Dover DE 19904

TERRI WOLTERS
16668 NORTHWOOD TRAIL
SPRING LAKE MI 49456

TERRY DEMARCHE
5441 PAR DRIVE
ZACHARY LA 70791

TERRY SMITH
126 S PLUM ST
TROY OH 45373

THELMA WHITTINGTON
7076 HIGHWAY 68
JACKSON LA 70748

THEODORE DAWSON
6958 ST. MARY AVENUE
BATON ROUGE LA 70811

Thomas A. Williams
10718 Clearview Drive
Baton Rouge LA 70811

Thomas Allen Levy, Sr.
2829 Congress Boulevard
Baton Rouge LA 70808

Thomas John Olsen
15104 Beaufort Drive
Pride LA 70770

THOMAS JOHNSON
P O BOX 692
WOODVILLE MS 39669

Thomas Michael Ortis
304 Park Avenue
New Roads LA 70760

TINA GARRETT
7262 DABADIE RD
VENTRESS LA 70783

Tom W. Elzy
4647 Wyandotte Street
Baton Rouge LA 70805

Troy Ellis Ross
3526 Church Street
Jackson LA 70748

Various Health Care Providers
(handled via "Benefit Management
Services")

Victor J. Martin
700 Pennsylvania Avenue
New Roads LA 70760

VINCENT JEANPIERRE
1712 NORTH 27TH STREET
BATON ROUGE LA 70802

Vincent W. Bellelo
15522 Country Road
Greenwell Springs LA 70739

Vincent W. Smith
13240 U.S. Highway 61
Saint Francisville LA 70775

Vintage
874 Walker Road
Dover DE 19904

WALLACE SIMON
22888 LIGON ROAD
ZACHARY LA 70791

Wayne St. Romain
12897 Ventress Road
Ventress LA 70783